*E-Filed 11/1/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, | No. C 10-4225 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| THOMAS R. WHITE, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to pay the filing fee, or file a complete application to proceed *in forma pauperis* ("IFP"), within 30 days of the date when his complaint was filed. That time having passed, plaintiff still has not paid the filing fee, and he has filed an incomplete IFP application, lacking a completed certificate of funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice to plaintiff (1) paying the filing fee of $350.00, or (2) filing the supporting IFP documentation specified above. Plaintiff's motion to proceed IFP (Docket No. 4) is DENIED. The Clerk shall enter judgment in favor of defendants and close the file. This order terminates Docket No. 4.

**IT IS SO ORDERED**.

DATED: October 28, 2010

RICHARD SEEBORG
United States District Judge